FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

6.29.2023

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

KATHERINE JEE RANKIN
   a/k/a "Katherine Michele Jee"

CASE NO. 3:23-cr-104-TJC-MCR
18 U.S.C. § 1365(a)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about October 13, 2022, in the Middle District of Florida, the defendant,

KATHERINE JEE RANKIN
a/k/a "Katherine Michele Jee,"

with reckless disregard for the risk that another person would be placed in danger of bodily injury and death, and under circumstances manifesting extreme indifference to such risk, did tamper with a consumer product that affected interstate commerce, specifically injectable hydromorphone, and with the container for such product.

All in violation of 18 U.S.C. § 1365(a).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Michael J. Coolican
Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

2

FORM OBD-34
6/28/23 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

KATHERINE JEE RANKIN

INDICTMENT

Violations: 18 U.S.C. § 1365(a)

A true bill,

███████████████████
Foreperson

Filed in open court this 29th day
of June, 2023.

_____
Clerk

Bail   $_____

GPO 863 525